IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FRANKIE WAYNE POPE,                  :<br>                                                         :<br>          Petitioner,                           :<br>     v.                                              :<br>                                                         :   NO. 4:22-cv-00035-CDL-MSH<br>Warden KEVIN SPRAYBERRY,       :<br>                                                         :<br>          Respondent.                       :<br>_____ | |

**ORDER**

Pending before the Court is Petitioner's second motion for discovery (ECF No. 27). Like his first request, Petitioner seeks to obtain discovery, to submit evidence, and to be appointed counsel. 2d Mot. for Disc. 14, ECF No. 27. He also seeks the appointment of a social worker. *Id*. The Court denied Petitioner's first request for discovery and to tender evidence as premature because Respondent had yet to respond. Order 3, May 11, 2022, ECF No. 21. This remains true, and therefore, Petitioner's motion is **DENIED**.

With respect to his request for counsel, Petitioner again fails to show the "interests of justice [ ] require" appointing him counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). As previously explained, should the need arise, the Court will consider appointing counsel **on its own motion**, and Petitioner should not file further requests. *See* Order 3, May 11, 2022. As for his request for a social worker, Petitioner fails to explain the need for such an appointment, let alone cite authority for the Court to do so. Accordingly, Petitioner's request for the appointments of counsel and a social worker are **DENIED.**

SO ORDERED, this 27th day of June, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE