```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

FRANKIE WAYNE POPE,              *

    Petitioner,              *

vs.                              *

Warden KEVIN SPRAYBERRY,         *      CASE NO. 4:22-cv-35 (CDL)

    Respondent.              *

                                             *

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 2, 2022 is hereby approved, adopted, and made the Order of the Court, including the denial of a certificate of appealability.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 5th day of December, 2022

                                          S/Clay D. Land
                                          CLAY D. LAND
                                          U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA