IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| FRANKIE WAYNE POPE, | * | |
| Petitioner, | * | |
| vs. | * | |
| Warden KEVIN SPRAYBERRY, | * | CASE NO. 4:22-cv-35-CDL-AGH |
| Respondent. | * | |
| | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 3, 2024 is hereby approved, adopted, and made the Order of the Court.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.[1]

IT IS SO ORDERED, this 19th day of December, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

---

[1] Petitioner on December 17, 2024, filed a motion that he styled as an amendment to his prior amended Rule 60(b) motion (ECF No. 125). The Court construed that most recent filing as an objection to the Report and Recommendation.